

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00213-CV

---

JUSTIN JONES, APPELLANT

V.

JENNIFER DEFEO, APPELLEE

---

On Appeal from the County Court at Law No. 2
Denton County, Texas[1]
Trial Court No. CV-2025-02936-JP, Honorable Robert Ramirez, Presiding

---

July 14, 2026

## MEMORANDUM OPINION

### Before PARKER, C.J. , and YARBROUGH and PRATT, JJ.

Appellant, Justin Randall Jones, proceeding pro se, appeals from the trial court's *Final Judgment*.  Appellant's brief was originally due June 12, 2026, but was not filed.  By letter of June 22, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by July 2, 2026.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).


Per Curiam